No. 26-11186-AA

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

PHILLIP WASSERMAN,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:20-CR-207-CEH-NHA

## UNITED STATES' MOTION FOR STAY OF BRIEFING SCHEDULE AND ESTABLISHMENT OF NEW DUE DATE

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

July 21, 2026

# In the United States Court of Appeals
## for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

No. 26-11186-AA

PHILLIP WASSERMAN,
*Defendant-Appellant*

## United States' Motion for Stay of Briefing Schedule and Establishment of New Due Date

The United States respectfully moves for this Court to stay the briefing schedule in this case pending this Court's decision in *United States v. Wasserman*, Appeal No. 24-10389—oral argument held January 29, 2026—and to establish a new due date for the response brief of the United States of 30 days after the mandate has issued in that case.

In this appeal, Wasserman challenges the district court's denial of his new-trial motion based on purported newly discovered evidence, a motion he filed during the pendency of his direct appeal (Appeal No. 24-10389). That still-pending appeal arises from the same 30-day trial as Wasserman's new-trial motion. In his first appeal, Wasserman challenges several evidentiary rulings, the denial of two new-trial motions, and his sentence. Just like in this appeal, one of the new-trial motions at issue in the first appeal is based on newly

discovered evidence. And, although the newly discovered evidence

Wasserman asserts in these two appeals differs, there are overlapping issues,

such as the materiality of any new evidence given the strength of the evidence

against Wasserman at his lengthy trial. Thus, this Court's resolution of Appeal

No. 24-10389 likely will provide answers that streamline this appeal.

Therefore, the United States requests that this Court stay the briefing

schedule here pending this Court's decision in *United States v. Wasserman*,

Appeal No. 24-10389, and establish a new due date for the response brief of

the United States of 30 days after the mandate has issued in that case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By:   *s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
holly.gershow@usdoj.gov

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 263 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that on July 21, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

PHILLIP WASSERMAN
Reg. No. 73653-018- Inmate mail
FCI Coleman Low-Satellite Camp
P.O. Box 1027
Coleman, FL 33521

*Defendant-appellant, pro se*

*s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
